NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1130

ORION IP, LLC,

Plaintiff-Appellee,

v.

HYUNDAI MOTOR AMERICA,

Defendant-Appellant.

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:05-CV-322, Judge Leonard Davis.

ON MOTION

Before MAYER, Circuit Judge.

## O R D E R

Hyundai Motor America moves for a seven-day extension of time, until July 21, 2009, to file its reply brief. Orion IP, LLC opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 17 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Frederick S. Frei, Esq.
Gene C. Schaerr, Esq.
Richard Samp, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK